1004  CONNECTICUT MUTUAL LIFE INSURANCE CO. vs. COLLIER
        (State Treasurer), 31 M., 5.

To compel respondent to accept a given sum in full of the tax imposed upon premiums collected, and to issue duplicate receipts therefor, it being the contention of relator that the tax should not be levied upon what it claimed to be rebated. premiums.

Denied January 6, 1875.


1005  AUDITOR GENERAL vs. STATE TREASURER, 45 M., 161.

To compel respondent to transfer the surplus and specific taxes in the treasury of the primary school interest fund.

Granted January 7, 1881.